Elsie STANGA

v.

CUNA MUTUAL INSURANCE SOCIETY.

No. C-5225.

Supreme Court of Texas.

July 16, 1986.

Joint motion of the parties to dismiss the cause is granted. The judgments of the courts below are set aside and the cause is dismissed as moot without reference to the merits of the appeal.